## Case No. 11,417.

### PRICE et al. v. TEAL.

[4 McLean, 201.] 1

Circuit Court, D. Indiana. May Term, 1847.

BILLS AND NOTES — RATE OF EXCHANGE AT MATURITY.

Where a note is given in Indiana payable in New York, with interest and the rate of exchange, the rate of exchange will be, the time the note becomes due.

[This was an action on a promissory note by Price and Price against Teal.]

Mr. Yandees, for plaintiff.

OPINION OF THE COURT. This action was brought on a promissory note, payable in New York, with interest and the rate of exchange. The court directed the jury to calculate the exchange on the amount due on the note, at maturity, and not the exchange as it might be at the trial.